## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BLESSING BOADIWAA ESSEL PPA THERESA AKYAA and ERNEST ESSEL, THERESA AKYAA AND ERNEST ESSEL (INDIVIDUALLY)<br>   Plaintiff, | : <br><br><br>: <br>: | CIVIL ACTION NO.<br>  3:17-CV-01867 |
| V. | : <br>: <br>: | JURY TRIAL DEMANDED |
| THE UNITED STATES OF AMERICA<br>   Defendant | : <br>: | December 11, 2019 |

## **APPEARANCE**

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for the plaintiff.


                                                    */S/James Horwitz*
                                          James D. Horwitz 07113
                                          Koskoff Koskoff & Bieder, PC
                                          350 Fairfield Avenue
                                          Bridgeport, CT 06604
                                          TEL:  203-336-4421
                                          FAX: 203-368-3244
                                          Email: jhorwitz@koskoff.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

**Jessica Hope Soufer**
Michelle Lynne McConaghy
U.S. Attorneys Office
157 Church Street
New Haven, CT  06510
(203) 821-3700
e-mail:  Jessica.Soufer@usdoj.gov

**Michelle Lynn McConaghy**
U.S. Attorneys Office
157 Church Street
New Haven, CT  06510
(203) 821-3700
e-mail:  Jessica.Soufer@usdoj.gov

      /s/ James D. Horwitz
            James D. Horwitz